# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-50817
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 4, 2015

Lyle W. Cayce
Clerk

CHARLENE EMANUEL,

Plaintiff–Appellant,

versus

BASTROP INDEPENDENT SCHOOL DISTRICT,

Defendant–Appellee.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:12-CV-592

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

Charlene Emanuel appeals, *pro se*, a judgment of dismissal of her various claims of discrimination. She fails, however, to present legal arguments in her opening brief. Even *pro se* litigants must brief arguments to preserve them for challenge on appeal. *Yohey v. Collins*, 985 F.2d 222, 224−25 (5th Cir. 1993).

The appeal is DISMISSED for failure to make any cognizable argument.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.